

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEVE MOSSMAN IN HIS OFFICIAL CAPACITY AS DENTON COUNTY TAX ASSESSOR-COLLECTOR, | § § § | No. 08-13-00245-CV |
| Appellant, | § | Appeal from the |
| | § | 431st Judicial District Court |
| v. | § | of Denton County, Texas |
| BANATEX, L.L.C., | § | (TC# 2012-71334-431) |
| Appellee. | § | |

## O R D E R

Steve Mossman, the Denton County Tax Assessor-Collector, has appealed a writ of mandamus issued by the trial court. Mossman's successor, Michelle French, filed a petition for writ of mandamus seeking review of the trial court's order which granted Banatex's motion to deny suspension of the judgment. French also filed a motion for emergency relief and we entered an order staying the trial court's order pending our review of the mandamus petition. In an opinion issued this same date, we dismissed the mandamus petition and re-filed as a motion for review under TEX.R.APP.P. 24.4(a)(4). *See In re Michelle French*, No. 08-13-00254-CV (Tex.App.--El Paso October 2, 2013, orig. proceeding). On our own motion, we order that the trial court's order granting the motion to deny suspension of the judgment is stayed pending our review of the Rule 24.4 motion or further order of this Court. *See* TEX.R.APP.P. 24.4(c)("The appellate court may issue any temporary orders necessary to preserve the parties' rights.").


October 2, 2013                                   PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)